UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

    v.

FELIX RODRIGUEZ-MARTINEZ
d/b/a/ INSTITUTO NACIONAL DE
RENOVACION INTEGRAL,

97-CV-2450(GG)

Collection of Money



## INSTALLMENT PAYMENT ORDER

The plaintiff herein has filed a motion requesting an installment payment order and further a request to vacate and set aside the Order of Continuing Garnishment.

For the reasons stated therein and it appearing from the records of this Court in the above mentioned case that judgment was entered by this Court against defendant FELIX RODRIGUEZ-MARTINEZ,

And it appearing further that the defendant agreed to make monthly payments in the amount of $1,000.00,

NOW THEREFORE, IT IS HEREBY ORDERED that FELIX RODRIGUEZ-MARTINEZ d/b/a INSTITUTO NACIONAL DE RENOVACION INTEGRAL pays plaintiff $58,961.33, plus post-judgment interest at the rate of 5.23% compounded annually plus $5,645.12 of surcharge as follows:

Beginning on October 1, 2002, the defendant will start making consecutive monthly payments in the amount of $1,000.00 and continue said payments every 1st day of each month, until the debt to the plaintiff is paid in full, or until further order of this Honorable Court.

Said payments shall be made payable to the order of the U.S. Department of Justice and mailed to the United States Attorney's Office, Financial Litigation Unit, Torre Chardon, Suite 1201, 350 Carlos Chardon Street, Hato Rey, Puerto Rico 00918, to be applied upon the judgment entered in this case on February 12, 1998; and further,

Defendant is ADMONISHED that failure to show good cause for lack of compliance with this Order could result in contempt of the Court.

IT IS HEREBY FURTHER ORDERED that the order of Continuing Garnishment be vacated and set aside.

SO ORDERED.

In San Juan Puerto Rico, this 30th day of September, 2002.

HON. GILBERTO GIERBOLINI
UNITED STATES DISTRICT JUDGE