IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Department of Education)
Plaintiff,

v.

FELIX M. RODRIGUEZ MARTINEZ
A\K\A FELIX RODRIGUEZ MARTINEZ
Defendant.
*********************

CIVIL NO.: 97-2450 (GG)
FORECLOSURE OF MORTGAGE

## ORDER TO SHOW CAUSE

On September 30, 2002, we ordered the defendant to make consecutive monthly payments of $1,000.00 to the plaintiffs. This payments had to be made commencing October 1, 2002, and thereafter every 1st day of each month until the debt to the plaintiff was paid in full. **See,** Docket entry #14. On January 29, 2003, the plaintiff informs us that the defendant has not complied with our order, which was personally served upon the defendant by the U.S. Marshal on December 12, 2002. **See,** Docket entry #15.

**WHEREFORE,** in view of the above, the defendant is **ORDERED** to **SHOW CAUSE,** on or before **February 21, 2003,** why this court should not held him in contempt for his failure to obey a clear and direct order of this court. **The U.S. Marshal is ORDERED** to serve this order personally upon the defendant **IMMEDIATELY.**

SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of February, 2003.

by _____
GILBERTO GIERBOLINI
U.S. District Judge