

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Department of Education)
Plaintiff,

v.

FELIX M. RODRIGUEZ MARTINEZ
A\K\A FELIX RODRIGUEZ MARTINEZ
Defendant.
************************

CIVIL NO.: 97-2450 (GG)

FORECLOSURE OF MORTGAGE

## ORDER

On September 30, 2002, we ordered the defendant to make consecutive monthly payments of $1,000.00 to the plaintiffs. (Docket entry #14). Upon being informed by the plaintiff that the defendant had not complied with our order, we issued another mandating the defendant to show cause why he should not be held in contempt for his failure to obey a clear and direct order of this court. (Docket entry #18). In an untimely fashion, the defendant appeared before the court in a letter-motion stating that on February 28, 2003 he had sent to the plaintiff the payment corresponding to October and November 2002 and that he would continue making payments thereon. (Docket entry #20).

In view of the above, our order to show cause is **VACATED AND SET ASIDE**. Nonetheless, the defendant is **WARNED AND ADMONISHED** that further noncompliance with the orders of this court and with his financial obligations in this case will cause the imposition of severe sanctions.

**SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of May, 2003.

GILBERTO GIERBOLINI
U.S. District Judge