IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA \| <br> (US Department of Education) \| <br>     Plaintiff          \| <br>                            \| <br>     v.                     \| <br>                            \| <br> FELIX M. RODRIGUEZ-MARTINEZ \| <br>     Defendant              \| | Court No. 97-CV-2450(GG) <br> Collection of Money |

NOTICE OF SATISFACTION OF JUDGMENT

TO THE CLERK OF THE COURT:

Plaintiff through the undersigned attorney hereby informs the Court that default judgment entered in this case on February 12, 1998, has been satisfied by defendant Felix M. Rodriguez-Martinez.

In San Juan, Puerto Rico this 4th day of May, 2004.

H.S. GARCIA
United States Attorney

S/Rebecca Vargas-Vera
REBECCA VARGAS VERA-203307
Assistant U.S. Attorney
350 Carlos Chardon Street
Torre Chardon Bldg, Rm 1201
Hato Rey, Puerto Rico 00918
Tel. (787)766-5656