IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(US Department of Education)<br>    Plaintiff<br><br>          v.<br><br>FELIX M. RODRIGUEZ-MARTINEZ<br>    Defendant | Court No. 97-CV-2450(GG)<br>Collection of money |

ENTRY OF SATISFACTION OF JUDGMENT

Having this Court been notified of the satisfaction of the judgment issued in the instant case this Court hereby enters the satisfaction accordingly.

SATISFACTION OF JUDGMENT IS HEREBY ENTERED.

San Juan, Puerto Rico, this ___ day of _____, 2004.

                                        FRANCES RIOS DE MORAN
                                        CLERK OF THE COURT
                                        UNITED STATES DISTRICT
                                        COURT FOR THE DISTRICT OF
                                        PUERTO RICO

                                        By:_____
                                             DEPUTY CLERK